FILED
Clerk
District Court

DEC -7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR, ) | Civil Action No. 07-0034 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | STIPULATION OF COUNSEL |
| JONAS BARCINAS, et al., ) | TO ENLARGE TIME IN |
| ) | WHICH TO FILE ANSWER OR |
| Defendant ) | MOTION |
| _____ ) | |

IT IS ORDERED that, pursuant to the stipulation of counsel as represented by counsel for the Public School System, defendant PSS shall have until January 31, 2008, to file an answer or motion.

DATED this 7th day of December, 2007.

*/s/ Alex R. Munson*

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)