Karen M. Klaver F0241
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP 96950

Telephone: (670) 237-3046
Fax:(670) 664-3713

Attorney for: CNMI Public School System

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR, | CIVIL ACTION NO. 07-0034 |
| Plaintiff, | |
| vs. | |
| JONAS BARCINAS, AND THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM. | STIPULATION TO EXTEND TIME IN WHICH TO ANSWER/ FILE DISPOSITIVE MOTION |
| Defendants. | |

On December 6, 2007, the CNMI Public School System received in the mail, the Summons in a Civil Case and Complaint in the case titled *Homayan Kabir v. Jonas Barcinas, the CNMI Public School System*, Civil Action No. 07-0034. December 6, 2007 was defendant CNMI Public School System's legal counsel, Karen M. Klaver's last day of work before departing on vacation from December 8, 2007 through January 6, 2008.

I attest that I gave notice to Plaintiff's law firm on November 7, 2007 that I would be off-island. As an officer of this court, I attest that on December 6, 2007, I contacted

1

Plaintiff's counsel, Joseph E. Horey, requesting an extension of time in which to file an answer or other dispositive motions in this case and he agreed to the stipulation until the end of January 2008. I further attest that I made a diligent effort to electronically e-file this stipulation, but was unable to file electronically.

Submitted this 7th day of December, 2007.

/s/ *[signature]*
_____
Karen M. Klaver     F0241
Attorney for the Public School System