# United States District Court

**DISTRICT OF** Northern Mariana Islands

HOMAYAN KABIR,

    Plaintiff,

V.

CNMI PUBLIC SCHOOL SYSTEM and JONAS BARCINAS,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07 0034

TO: (Name and address of defendant)

    JONAS BARCINAS
    Saipan

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Joseph E. Horey
    O'Connor Berman Dotts & Banes
    P.O. Box 501969
    Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within __20__ days after service this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period time after service.

GALO L. PEREZ
CLERK

_(signature)_
(BY) DEPUTY CLERK

NOV - 9 2007
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE November 30, 2007 |
| NAME OF SERVER (PRINT) Alexander Lopez | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

[x] Other (specify): 1) By delivering a copy to Bernie Dela Cruz, an adult employee at the Office of the Attorney General, Civil Division, Capitol Hill, Saipan.        continued below...

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12-5-07__
                Date

Alexander Lopez
Signature of Server

P.O. Box 501969
Saipan, MP 96950
Address of Server

continued...

2) By mailing a copy, certified mail with return receipt to:

Jonas Barcinas
P.O. Box 501370, Saipan, MP 96950

Public School System
P.O. Box 501370, Saipan, MP 96950

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.