David Lochabay
Asst. Attorney General
Office of the Attorney General
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007 CHRB
Saipan, MP 96950
Tel: (670) 664-2341
Fax: (670) 664-2349
E-mail: lochabay@gmail.com

Attorneys for Jonas Barcinas

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR, | ) No. CV 07 0034 |
| Plaintiff, | ) |
| v. | ) |
| CNMI PUBLIC SCHOOL SYSTEM, and JONAS BARCINAS | ) ENTRY OF APPEARANCE |
| Defendants. | ) |

    **COMES NOW** the Office of the Attorney General of the Commonwealth of the Northern Mariana Islands which now enters its appearance as the attorney for Defendant Jonas Barcinas in the above styled and numbered cause. Assistant Attorney General David Lochabay has been assigned to represent Mr. Barcinas and all notices and documents should be served through him.

    Respectfully submitted,

    /s/ David Lochabay
    David Lochabay
    Asst. Attorney General
    Office of the Attorney General
    Attorneys for Jonas Barcinas

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been e-filed this 19th day December, 2007, with service requested to all other parties.

    /s/ David Lochabay
    David Lochabay