David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007 CHRB
Saipan MP, 96950
Tel: 664-2341
Fax: 664-2349
E-mail: lochabay@gmail.com

Attorney Jonas Barcinas

## IN THE DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR,<br><br>　　Plaintiff,<br><br>v.<br><br>CNMI PUBLIC SCHOOL SYSTEM, and JONAS BARCINAS<br><br>　　Defendants. | No. CV 07 0034<br><br>STIPULATION TO EXTEND ANSWER TIME OF DEFENDANT JONAS BARCINAS |

**COMES NOW** Defendant Jonas Barcinas and Plaintiff, who would now present to the Court the following Stipulation and Proposed Order:

Plaintiff and Defendant Barcinas hereby agree and stipulate that the time for Defendant Barcinas to answer or otherwise respond to Plaintiff's Complaint shall be extended to, and include, January 31, 2008.

WHEREFORE, PREMISES CONSIDERED, Defendant Barcinas and Plaintiff pray that the Court approve this stipulation and enter its order in accordance therewith.

Respectfully submitted,

_/s/ David Lochabay_
David Lochabay
Asst. Attorney General
Office of the Attorney General

_/s/ Joseph E. Horey_
Joseph E. Horey
O'Connor Berman Dotts & Banes
Attorneys for Plaintiff