FILED
Clerk
District Court

DEC 20 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR, ) | Civil Action No. 07-0034 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | STIPULATION OF COUNSEL |
| JONAS BARCINAS, et al., ) | TO ENLARGE TIME IN |
| ) | WHICH TO FILE ANSWER OR |
| Defendant ) | MOTION |
| _____) | |

IT IS ORDERED that, pursuant to the stipulation of counsel for plaintiff and defendant Barcinas, defendant shall have until January 31, 2008, in which to file an answer or motion.

DATED this 20th day of December, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)