David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007 CHRB
Saipan MP, 96950
Tel: 664-2341
Fax: 664-2349
E-mail: lochabay@gmail.com

Attorneys for Jonas Barcinas

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR,<br><br>　　Plaintiff,<br><br>v.<br><br>CNMI PUBLIC SCHOOL SYSTEM, and<br>JONAS BARCINAS<br><br>　　Defendants. | No. CV 07 0034<br><br>CERTIFICATION OF<br>SCOPE OF EMPLOYMENT<br><br>Hearing Date: _____<br>Time: _____<br>Judge: Munson |

Pursuant to the requirements of Public Law 15-22, I, Matthew T. Gregory, Attorney General of the Commonwealth of the Northern Mariana Islands, do hereby certify that I have caused the facts and circumstances of the incident upon which Plaintiffs' claims are based in the above styled and numbered case to be investigated.

Based on the results of that investigation, I certify that Defendant Jonas Barcinas was acting within the scope of his employment as principal of Dandan Elementary School at the time of the alleged incident giving rise to the claims of plaintiff in this action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/   *Matthew T. Gregory*
　　　　　　　　　　　　　　　　　　　　Matthew T. Gregory
　　　　　　　　　　　　　　　　　　　　Attorney General

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been e-filed this 31st day of January, 2008, with

service requested to Joseph E. Horey, of O'Connor Berman Dotts and Banes, attorneys for Plaintiff.

/s/ *David Lochabay*
David Lochabay