```
                                                        F I L E D
                                                           Clerk
                                                       District Court

                                                        JAN 3 1 2008

                                                 For The Northern Mariana Islands
                                                 By_____
                                                           (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HOMAYAN KABIR, | ) | Civil Action No. 07-0034 |
|  | ) | |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | ORDER SETTING HEARING |
|  | ) | ON DEFENDANTS' MOTIONS |
| JONAS BARCINAS, et al., | ) | TO SUBSTITUTE PARTY AND |
|  | ) | DISMISS DEFENDANT |
| Defendants | ) | BARCINAS |
|  | ) | |

    IT IS ORDERED that defendants' motions to substitute party and to dismiss defendant Barcinas shall be heard on **Thursday, February 28, 2008, at 9:00 a.m.**

    Counsel are reminded that it is their responsibility to contact the Clerk of Court to obtain a hearing date and/or to include a hearing date on their motions, said date calculated pursuant to Local Rule 7.1.c.

    DATED this 31st day of January, 2008.

                                        */s/ Alex R. Munson*
                                        ALEX R. MUNSON
                                             Judge