1

**O'CONNOR BERMAN DOTTS & BANES**
**Second Floor, Nauru Building**
2
**1 Nauru Loop**
**Susupe, Saipan, CNMI**
3
**Mail: PO Box 50-1969 Saipan MP 96950**
**Phone: 234-5684**
4
**Fax: 234-5683**
**E-mail: attorneys@saipan.com**
5

6
**Attorneys for Plaintiff**

7
**IN THE DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

8
**HOMAYAN KABIR,**                        )        **Civ. No. 07-0034**
                                          )
9
                    **Plaintiff,**        )
                                          )
10
            **vs.**                       )        **STIPULATION**
                                          )        **RE BRIEFING AND**
11
**JONAS BARCINAS, et al.,**               )        **HEARING OF MOTIONS**
                                          )
12
                    **Defendants.**       )
_____)

13

14
        Plaintiff Homayan Kabir and Defendant Jonas Barcinas hereby stipulate and agree to the
15
following modified briefing and hearing schedule on Defendant Barcinas' Motion to Dismiss and
16
Motion To Substitute CNMI As Defendant:
17
        1. Plaintiff's Opposition Brief due on or before March 14, 2008.
18
        2. Defendants' Reply Brief due on or before March 27, 2008.
19
        3. Hearing on April 10, 2008, at 8:30 am, or such later date and time as may be convenient
20
to the Court.
21

22
So stipulated this 12th day of February, 2008.
23
O'CONNOR BERMAN DOTTS & BANES          OFFICE OF THE ATTORNEY GENERAL
24
Attorneys for Plaintiff                Attorneys for Defendants
25

26
by:_____/s/_____    by:_____/s/_____
27
        Joseph E. Horey                          David Lochabay
28

1    *3345-01-080212-STIP re briefing and hearing.wpd*
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28