O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683
E-mail: attorneys@saipan.com

Attorneys for Plaintiff

IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR, | Civ. No. 07-0034 |
| Plaintiff, | |
| vs. | DECLARATION OF CYNTHIA ATTAO |
| CNMI PUBLIC SCHOOL SYSTEM and JONAS BARCINAS, | |
| Defendants. | |

I, Cynthia Attao, declare as follows:

1. I am a clerk in the office of the Commissioner of Public Safety. I am the wife of Homayan Kabir, the Plaintiff in this matter. I make this declaration upon personal knowledge.

2. I recall at least two times when my husband told me he was grabbed and kissed by Jonas Barcinas.

3. One time was at Dandan Elementary School. I was in the car outside waiting for my husband. When he came out, he was crying and upset. I asked him what happened. He told me that Barcinas had grabbed and kissed him. He also said Barcinas had asked to have sex with him, but he had refused.

4. Another time was at Barcinas' house. I was waiting in the car, and my husband and

1  Barcinas were in the house. I saw the lights go on and off several times in the house. I saw my
2  husband come out the door and start to put his shoes on quickly. I saw Barcinas grab his hand and
3  try to pull him back into the house. I heard Barcinas tell him to come in. I heard my husband say
4  I cannot, my wife will know. Barcinas said if you don't tell her, she won't know. My husband said
5  even if I don't tell her, she will know. Barcinas pulled him back into the house, but he came out
6  again shortly. He was very upset, and he smelled of perfume. He told me that Barcinas was
7  grabbing and kissing him in the house.

9  I declare upon penalty of perjury under the laws of the United States of America and the
10 Commonwealth of the Northern Mariana Islands that the foregoing declaration is true and correct,
11 and that if called upon to testify, I could and would testify competently and in accordance herewith.

13 Executed at Saipan, CNMI, this 14th day of March, 2008.

_____
CYNTHIA ATTAO