David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007 CHRB
Saipan MP, 96950
Tel: 664-2341
Fax: 664-2349
E-mail: lochabay@gmail.com

Attorneys for Jonas Barcinas

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR, | ) No. CV 07 0034 |
| Plaintiff, | ) |
| v. | ) STIPULATION TO |
| | ) RESET REPLY AND |
| | ) HEARING DATES |
| CNMI PUBLIC SCHOOL SYSTEM, and | ) |
| JONAS BARCINAS | ) Hearing Date: April 10, 2008 |
| | ) Time: 8:30 a.m. |
| Defendants. | ) Judge: Munson |
| | ) |

**COMES NOW** Plaintiff and Defendant Jonas Barcinas, who would now agree and stipulate as follows:

1. Due to the unavailability of a witness to execute a Declaration, the hearing on Defendant Barcinas's Motions to Dismiss and to Substitute the CNMI as a defendant should be moved from April 10, 2008, to April 24, 2008, at 8:30 p.m. This date has been approved by the Clerk.

2. Defendant Barcinas's Reply to Plaintiff's Response to the Motions to Dismiss and to Substitute shall be due on April 10, 2008.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court approve this stipulation and reset the above dates as requested.

Respectfully submitted.

/s/ David Lochabay
David Lochabay
Asst. Attorney General
Office of the Attorney General
Attorneys for Defendant Jonas Barcinas

/s/ Joseph E. Horey
Joseph E. Horey
O'Connor Berman Dotts & Banes
Attorneys for Plaintiff