IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR,<br><br>    Plaintiff,<br><br>v.<br><br>CNMI PUBLIC SCHOOL SYSTEM, and JONAS BARCINAS<br><br>    Defendants. | No. CV 07 0034<br><br>PROPOSED ORDER RESETTING REPLY AND HEARING DATES |

On this date the Court reviewed the Stipulation to Reset Reply and Hearing Dates in the above styled and numbered cause.

The Court is of the opinion that the Stipulation should be, and hereby is APPROVED/DISAPPROVED.

IT IS, THEREFORE, ORDERED, that the hearing on Defendant Barcinas's Motions to Dismiss and to Substitute the CNMI as a defendant is reset to April 24, 2008, at 8:30 p.m. Defendant Barcinas's Reply brief shall be due on April 10, 2008.

SIGNED this _____ day of March, 2008.

_____
Alex R. Munson
Chief Judge