IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

MAR 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

HOMAYAN KABIR,

    Plaintiff,

v.

CNMI PUBLIC SCHOOL SYSTEM, and
JONAS BARCINAS

    Defendants.

) No. CV 07 0034
)
) ~~PROPOSED~~ ORDER
) RESETTING REPLY AND
) HEARING DATES
)
)
)
)
)

On this date the Court reviewed the Stipulation to Reset Reply and Hearing Dates in the above styled and numbered cause.

The Court is of the opinion that the Stipulation should be, and hereby is APPROVED/~~DISAPPROVED~~.

IT IS, THEREFORE, ORDERED, that the hearing on Defendant Barcinas's Motions to Dismiss and to Substitute the CNMI as a defendant is reset to April 24, 2008, at 8:30 A.M. Defendant Barcinas's Reply brief shall be due on April 10, 2008.

SIGNED this 27TH day of March, 2008.

Alex R. Munson
Chief Judge