IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HOMAYAN KABIR, | ) No. CV 07 0034 |
| Plaintiff, | ) |
| v. | ) |
| CNMI PUBLIC SCHOOL SYSTEM, and JONAS BARCINAS | ) DECLARATION OF<br>) MATTHEW T. GREGORY |
| Defendants. | ) |

COMES NOW Matthew T. Gregory, who would now declare as follows:

"I am over the age of majority and fully competent to make this Declaration, and would testify to the matters contained herein in a court of law if called to do so.

"I am the Attorney General of the Commonwealth of the Northern Mariana Islands.

"I am familiar with the allegations in the Complaint in the above styled and numbered cause. Prior to executing this Declaration, I had caused to be filed in this case a <u>Certification of Scope of Employment</u> of Jonas Barcinas, in which I certified that Jonas Barcinas was acting within the scope of his employment when the events complained of by Plaintiff are alleged to have occurred.

"The investigation by my office of these alleged events concluded that the events did not in fact occur, and that was, and is, the basis for the Certification.

"I swear under penalty of perjury that the above and foregoing is true and correct, that I have personal knowledge of the facts contained above, and that I execute this Declaration on the island of Saipan, Commonwealth of the Northern Mariana Islands, this 26th day of March, 2008."

Matthew T. Gregory
Attorney General
Commonwealth of the
Northern Mariana Islands

DEFENDANT
EXHIBIT

1