# EAGLE SECURITY SERVICE



PMB 93 PO Box 10003
Saipan MP 96950
Telephone (670) 256-7983
Cell Phone 285-9116

Sept. 05, 2006

PSS Officials
Dan Dan Elementary School
Mr. Jonas M. Barcinas

    We would like to submit a proposal for security services protecting and securing school campus from 1800 to 0600 Hrs, Monday through Friday, and 24 hours on weekends. Eagle Security Service is a growing company hence, we are seeking and submitting proposal for Dandan Elem. School. We have means to communicate with DPS, EMO, Dandan Elem. School administration, and PSS Central Office. Our security firm does provide our employees with uniforms and other means of visible identification so the general public can easily recognize them.

    We are pleased to offer the following bid of **$4.00 per hour** and any special overtime necessary with the approval of PSS Officials and to be paid bi-weekly or as agreed on in our contract agreement. An hourly schedule is provided to show you our billing.

    We are a locally owned reputable security agency with reliable and experienced security employees. Our employees have over 7 years experience each on Saipan. We are willing and eager to cooperate with you in maintaining peace and order at your locations.

    Thank you for giving us the opportunity to talk with you and we hope to maintain an excellent business relationship with you. Should you have any questions or concerns please do not hesitate to contact us at your convenience.

Sincerely,

Homayan Kabir
Owner
Eagle Security Service

DEFENDANT
EXHIBIT
2-1