July 28, 2006

**MEMORANDUM**

TO          :     **EAGLE SUCURITY COMPANY**

FROM        :     Dandan Elementrary School, Principal

Subject     :     Request for Security Guard's daily Schedule

I am writing to inform your security company that upon being selected to safeguard Dandan Elementrary School by me, I am hereby requesting your company to submit the names of your employees and their daily time schedule for my review so I can be aware of the employees working on that particular day and time from July 28, 2006 to the end of your contract. Be reminded that your company had a history that at one point our school was burglarized and vandalized while on duty, and professionally speaking, I am request that a schedule be provided to my office before starting work.

As per our conversation and I hope that you would agree with such verbal agreement that you will help our school by picking up trash and sweeping the main hallways on campus during working time in addition to their duties as security guards. I truly appreciate your utmost support as we work together as partners. Please be sure that you provide your guards with a log book and must be left at the school campus for my review, a flashlight, uniform, Identification card, radio/cell phone for communication, and other critical supplies for their use during working hours. I would encourage your company to provide training for them on what to do and not to do during working time and when there is an emergency.

Let it be known that your company was once given the opportunity to do work at DES and despite your history at a prior incident that took place at one point; I am going to give you another opportunity provided that such incident does not happen again. Because of that, I am now forced to strengthen my expectations of your company. I want your company to know that should any of your employees neglect their duties and responsibilities, they may be forced for a disciplinary action or termination of your company's contract with DES. Though, should an incident takes place, we both need to sit and discuss the issue and concern before a final decision is to be made. Again, I want to congratulate your company for being award to do work to safeguard DES campus.

Should you have any question, please bring it to my attention to avoid any problem.

Respectfully,

Jotus M. Barcinas, M.A.
Principal of DES

DEFENDANT
EXHIBIT
2-2