```
Action Code    I                          Voucher/Type/Co    87185 PV 10000
Supplier Number . . . . . . . . . . 9270  Eagle Security Services
Invoice Number . . 8/1-18/05/P39105       Business Unit . . . . . . . . . 1
   "    Amount . .           1,188.00     Payment Terms . . 001
   "    Date  . . 08/31/05                Company . . . . . 10000
G/L     Date  . . 09/07/05
```

```
Remaining Amount .                        Batch Number . . 6168621
 . . . . . . . . . . . Payment Schedule . . . . . . . .
Pay      Gross         Discount                                  Disc Due  P
Itm      Amount        Available       Payment Remark           Date      S
001      1,188.00                      8/1-18/05/P39105         08/31/05  A
```

F4=Details  F9=Name Srch  F11=Addr Book  F13=J.E. Inq  F16=Ledger Inq  F24=More

*6168622*

DEFENDANT EXHIBIT 2-3

**Eagle Security Services**  Invoice No. _____
PMB 93 PO Box 10003
Saipan MP 96950
(670) 256-5284  (670) 285-3229

## INVOICE

**Customer**
Name    **Dandan Elementary School**
Address  PO Box 501370 CK
City    Saipan   State  MP  ZIP  96950   Rep
Phone   670-664-5025/26   Fax  670-664-5035  FOB

Date _____
Order No _____

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 26 ~~492~~ | [AUG 01, 05] Security Services starting ~~July 17~~, 2005 thru Aug 18, 2005. Break Down: AUG 01 — 264 ~~July 17~~ Aug 18 — ~~492~~hrs @ $4.50 = $~~2,214.00~~ 1188— Services rendered in accordance with agreement, Acknowledge and Accepted By: Jonas M. Barcinas, Principal of DES | $4.50/hr | 1188— ~~$2,214.00~~ |

8/1/47

RECEIVED SEP 01 2005

Subtotal  ~~$2,214.00~~
Shipping & Handling  0.00
Taxes: _____

**Payment Details**
○ Cash    ○ Check    ○ Credit Card
Name _____
CC# _____
Expires _____

TOTAL  ~~$2,214.00~~  1188—

Office Use Only

| Date | Time In | Time Out | Time In | Time Out | Total Hrs. |
|---|---|---|---|---|---|
| 17-Jul | 7:00pm | 7:00am | | | 12 |
| 18-Jul | 7:00pm | 7:00am | | | 12 |
| 19-Jul | 7:00pm | 7:00am | | | 12 |
| 20-Jul | 7:00pm | 7:00am | | | 12 |
| 21-Jun | 7:00pm | 7:00am | | | 12 |
| 22-Jul-05 | 7:00pm | 7:00am | 7:00pm | 7:00am | 24 |
| 23-Jul | 7:00pm | 7:00am | 7:00pm | 7:00am | 24 |
| 24-Jul | 7:00pm | 7:00am | | | 12 |
| 25-Jul | 7:00pm | 7:00am | | | 12 |
| 26-Jul | 7:00pm | 7:00am | | | 12 |
| 27-Jul | 7:00pm | 7:00am | | | 12 |
| 28-Jul | 7:00pm | 7:00am | | | 12 |
| 29-Jul | 7:00pm | 7:00am | 7:00pm | 7:00am | 24 |
| 30-Jul | 7:00pm | 7:00am | 7:00pm | 7:00am | 24 |
| 31-Jul | 7:00pm | 7:00am | | | 12 |
| 1-Aug-05 | 7:00pm | 7:00am | | | 12 |
| 2-Aug | 7:00pm | 7:00am | | | 12 |
| 3-Aug | 7:00pm | 7:00am | | | 12 |
| 4-Aug | 7:00pm | 7:00am | | | 12 |
| 5-Aug | 7:00pm | 7:00am | 7:00pm | 7:00am | 24 |
| 6-Aug | 7:00pm | 7:00am | 7:00pm | 7:00am | 24 |
| 7-Aug | 7:00pm | 7:00am | | | 12 |
| 8-Aug | 7:00pm | 7:00am | | | 12 |
| 9-Aug | 7:00pm | 7:00am | | | 12 |
| 10-Aug | 7:00pm | 7:00am | | | 12 |
| 11-Aug | 7:00pm | 7:00am | | | 12 |
| 12-Aug | 7:00pm | 7:00am | 7:00pm | 7:00am | 24 |
| 13-Aug | 7:00pm | 7:00am | 7:00pm | 7:00am | 24 |
| 14-Aug | 7:00pm | 7:00am | | | 12 |
| 15-Aug | 7:00pm | 7:00am | | | 12 |
| 16-Aug | 7:00pm | 7:00am | | | 12 |
| 17-Aug | 7:00pm | 7:00am | | | 12 |
| 18-Aug | 7:00pm | 7:00am | | | 12 |
| | | | | TOTAL Hours | 492 264 |
| | | | | rate/per hour | $4.50 |
| | | | | TOTAL | 2,214.00 1188 |

*Handwritten annotations: CK# 6289, 8/22/05*

PUBLIC SCHOOL SYSTEM  
COMMONWEALTH OF THE  
NORTHERN MARIANA ISLANDS

Check Date - 08/22/05  
CHECK NO. 062899  
DETACH STATEMENT BEFORE DEPOSITING  
Stub 1 of 1

| INVOICE NUMBER | DATE | DESCRIPTION | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| 6/26,7/16- | 073105 | Eagle Security Services | 1,242.00 | | 1,242 |
| 6/11-25/05 | 062505 | Eagle Security Services | 702.00 | | 702 |
| | | | 1,944.00 | | 1,944 |



PUBLIC SCHOOL SYSTEM  
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS  
SAIPAN, MP 96950

Saipan Branch  
BANK OF GUAM  
THE PEOPLE'S BANK  
P.O. Box 500671  
Saipan MP 96950

101-511  
1214

CHECK NO. 062899  
00062899

DATE: 08/22/05   AMOUNT: $*****1,944.00  
9270  
VOID ONE YEAR FROM CHECK DATE

PAY ONE THOUSAND NINE HUNDRED FORTY FOUR AND 00/100 ****************************

TO THE ORDER OF:  
Eagle Security Services  
PMB 93 P.O. Box 10003  
Saipan MP 96950

NOT NEGOTIABLE

⑆062899⑆ ⑆121405115⑆ 0103⑆043381⑆

```
 de                                    Voucher/Type/Co.  . P86349 PV 10000
 Number . . . . . . . . . . . 9270     Eagle Security Services
 Number . . 6/26,7/16-31/05-P39105     Business Unit . . . . . . . 51026
 Amount . . . . . . . . . 1,242.00     Payment Terms . .  001
 Date  . . 07/31/05                    Company . . . . .  10000
 Date  . . 08/16/05
```

```
Remaining Amount .                                  Batch Number . .  6167709
. . . . . . . . . . . . . . Payment Schedule . . . . . . . .
Pay      Gross            Discount                                  Disc Due  P
Itm      Amount           Available          Payment Remark         Date      S
001      1,242.00                                                   07/31/05  A
                                                                              L
                                                                              L
                                                                              L
```

F4=Details  F9=Name Srch  F11=Addr Book  F13=J.E. Inq  F16=Ledger Inq  F24=More

**⌣agle Security Services**
PMB 93 PO Box 10003
Saipan MP 96950
(670) 256-5284  (670) 286-3229

=== INVOICE ===

Invoice No. _____

**Customer**
Name — Dandan Elementary School
Address — PO Box 501370 CK
City — Saipan   State MP   ZIP 96950   Rep
Phone — 670-664-5025/26   Fax 670-664-5035   FOB

Date
Order No — 37276 OL 3 9/0

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 480 hors | Security Services starting July 16, 2005 thru Aug. 14, 2005. Break Down: Weekends and Weekdays services. *June 26, 2005* | $4.50/hr | ~~$2,160.00~~ 2,268.00 |
| | *June 26,05   12 hrs* | | 54— |
| | *July 16 – 31   264 × 4.50* | | 1188 |
| | | | 1,242.— |
| | Services rendered in accordance with agreement. Acknowledge and Accepted By: Jonas M. Barcinas, Principal of DES | | |

Subtotal: ~~$2,160.00~~ 2,268.00
Shipping & Handling: 0.00
Taxes: _____

**Payment Details**
○ Cash   ○ Check   ○ Credit Card

Name _____
CC# _____

TOTAL: ~~$2,160.00~~ 2,268.00

Office Use Only

# Commonwealth of the Northern Mariana Islands
# Public School System
## Saipan, MP 96950

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

No.

### INSTRUCTIONS TO VENDOR

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.
2. Payment requests, prior to receipt of shipment, must include proof of shipment with invoice.
3. The CNMI Public School System will not be held responsible for any unauthorized Purchase of Item or Purchases in excess of the Dollar Amount shown on this order.
4. Open P.O. of non-expendable Personnel Property (Capital Item) is not authorized and the CNMI Public School System will not be held responsible for Payment of such Purchase.
5. Mail original Purchase Order and original invoice to: Financial & Budget Division, CNMI Public School System, Saipan, MP, 96950.
6. All correspondence regarding this order is to be directed to: Chief, Procurement and Supply Section, CNMI Public School System, Saipan, MP 96950.

DATE:

VENDOR:

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | | | | |

TOTAL

DELIVER TO:

CHIEF, PROCUREMENT & SUPPLY

ACCOUNTS PAYABLE