To      :   Homayan Kabir, Eagle Security Services Company

From    :   DES Principal, Jonas M. Barcinas

Subject :   Uncooperative & Marginal Work Ethics
Date    :   August 2, 2006

Dear Sir,

On August 2, 2006, at about 7pm-8pm, I called to ask you about the request on your security guard's daily schedule which I've asked of you since July 28, 2006. Indeed our conversation ended up on bad note and you hung up on me. We discussed this matter on July 28 at about the same time and with your negative response, I felt that terminating your company will be the best solution to avoid future disagreement between your company and myself. I am very disappointed that you provided Mr. Akin with tore out peace of paper of his work schedule. Mr. Kabir, you are the immediate supervisor and the way you handle your company makes me wonder how bad the way you operate. You need to work with standard because the CNMI Public School System, government is paying your company well and clean money for the work you performed. I am not satisfied with your company so that is why I am providing you with this letter. Therefore, you left with me with no choice so I have made my decision as the Principal of Dandan Elementrary School, to terminate your security company services effective August 4, 2006 so I can seek for another company that would be able to work professionally with me and provide the best security services and safeguard the school campus at all times

I will contact the PSS Procurement in regards to my complaint and hoping that because of your past history (the boys arrested told the police and me that you were sleeping when they burglarized and vandalized the school) and your poor work relations with me. Should this letter be sent to PSS, your company may be barred from being hired in the system. I will also seek for the PSS LEGAL COUNCIL'S OPINION and Mr. John Babauta's assistant on how resolve this complain and hope to contact another Security Company with great work ethics and good history to continue the work you left behind. Mr. Kabir, it was a simple request that I was asking of you but till this day, you continue to argue and say that why are you going to provide me the schedule...I thought we understood each other from the conversation a few days ago when I handed you a copy of the schedule I made for you to review and make corrections. I know you disagree with what I gave you but where is the correct and desired schedule for me and my staff! This just mean that you do not want to work with me after I helped your company get hired and now you do not want to make things easier for the both of us. You are the boss of your company. I hire your company to provide security services, but since you seemed to not want to work with me then

DEFENDANT
EXHIBIT
2-4

TERMINATING your company from working here is the best way to resolve such problem. On July 28, 2006 at about 7pm - 8pm, I have asked you to provide me with a descent work schedule of your employees or those that would be working during the night, morning and weekends so I can be aware of who is going to be on duty incase something urgent comes up. I also told you that I need to know so I can provide the information to my staff so they will know who the security on duty is daily. I am very disappointed to hear from you that you will not provide a schedule at all. I truly do not appreciate such tone of voice from you instead of working collaboratively for the betterment of the children, safety of the school and all the valuable assets on campus. Mr. Kabir, I was simply asking for a little information but your other answer is what if someone is sick, and you want to put another person in that is your reason why you didn't want to provide me the schedule? I told you, it does not matter if you want to put 10 people. It's your business but I was kindly asking you for a schedule. You can substitute your employees but I need to know who they are. Mr. Kabir, you still have not provided me with the documents for my file and review. I really do not know how you operate but I feel that you are not able to work with such little request and you end up making things even more complicated. I told you that I will end your contract due to that you were very uncooperative with me.

For your information, I dropped early yesterday evening (11:45pm) to drop something for Akin from his Kosraen Family and to my surprise, you left before 12:00 midnight. I even checked the log book but you put 12am but its not even 12midnight yet. I also dropped by at the school campus early in the morning after my meeting with some friends (3am) and you were no where to be found but in your car with someone sleeping. I my paying you to sleep on the job site or safeguard the school campus? This is something that you would have to think about. And with this, it leaves me very concern and alarmed on the safety of the school. With your services, is the school campus going to be burglarized or vandalized again? I'll be sure to contact all the PSS School Administrators of this situation and it will be up their discretion to decide whether they will ever consider hiring your company.

Should you have any question or concern, you can contact me immediately before I process this tomorrow morning.

Respectfully,

Jonas M. Barcinas, Principal

CC:  Acting Commissioner of Education, Dr. David Borja
     PSS Legal Council
     PSS Procurement
     School Administrators