


# Commonwealth of the Northern Mariana Islands
## Dandan Elementary School
"Home of the Tottot"
Public School System
Saipan, MP 96950

October 16, 2006

**EAGLE SECURITY SERVICES**
**PMB 93, P.O. BOX 1003**
**Saipan, MP 96950**
**(670) 285 - 9116**

Dear Mr. Kobier

This is to inform you and company that effective October 17, 2006 I am terminating your company Security Services from the original approved P.O. (PO# - 45681 OL for the amount of $2,496.00) which ends October 22, 2006. I want to inform you that I am very disappointment with your attitude toward the request I had asked you to do on October 16, 2006 at about 8:30pm. Your uncooperative attitude makes me realize that you do not appreciate my favorable approval to give you work at DES. It is because of the language you've said and the threat that made me decided to end doing business with your company. My request was simply asking why did you lock the gate and I told you that I prefer that you leave the gate open because an arrangement has been made with DPS to help spot check our school campus early in the morning to help us prevent any culprit from vandalizing our school again.

Mr. Kobier, when I asked you about the gate and the police, you were very defensive and that you said what for to have the police patrol the school campus when I already have security guard. And why are you going to patrol the field and the kindergarten area? Why am my giving you a hard time and making the sudden changes? Mr. Kobier, this is not something new for you. I've reminded you several and you agreed to do it and also that you are going to remind your staff on duty. Well, Mr. Kobier, after your continuous rebellious attitude telling me that you've never heard about me making changes of your duty and why is that you are going to pull security at the baseball field and kinder class.

DEFENDANT
EXHIBIT
2-5

but isn't your job to safeguard all the DES campus? That is why am asking you how can you pull security the baseball field and kinder class when you locked the gate.

Because of your uncooperative attitude, I got so mad and told you that I do not care you would have to what I told you to do because you are the security I hire for the school and that if you can't do it, then why I my going to pay if you are neglecting your obligation. But to my surprise, you mentioned that what if they kill you? Well, Mr. Kobier, you are the security guard it is your job to secure our campus and of course your life is at risk because of the kind of job you put yourself into. It is not my problem if you get killed but I hope that nothing happens to you while you are on duty. Isn't safer to allow the DPS to patrol on campus so they too can help you make DES a safer place from being vandalized? I can't understand why you would think negative about my request.

You then start acting stupid, laughing as you continue to threaten me that you are going to file a lawsuit against me because I kept changing my mind about what I wanted you to do. You even mentioned that you have been collecting evidence against me which I truly do not understand who you really are any more. One moment we are friends and the next you are my enemy. You also threatened me to say that I took $500 dollars from I don't know what source. Mr. Kobier, is there is something wrong with your head? Are you scared that I would not renew your contract?

You even threatened me that you have a lawyer and you are going to sue me for what? I think it is wise to change my security guard service company because this is not the first time that you threatened me like the above mentioned. It is not healthy to hire a company that i once thought they are going to do the job and now they are not. Mr. Kobier, I truly do not care if you file a lawsuit against me or whatever you may feel like doing because I have not done anything to threaten you but simply to make you understand what you SHOULD'VE DONE for the betterment and safety of the school.

Mr. Kobier, why do you always call 911 to seek for their assistance whenever you see vehicle or people at the field. Well, because the DPS has been very helpful to the school

and to you, therefore, I wanted them to continue assisting us in this endeavor to prevent any burglary or vandalism from taking place like when you were the security guard for our school a year ago today. That is why I am asking of you to please leave the gate open.

Mr. Kobier, you've said a lot of lies and My auntie Pidding Sablan, your god mother from marriage can attest to this. It is sad that because you have promised her something and then you continued to lie to her, she has informed me that she believes you have been lying all along. Mr. Kobier, if you do the right thing, nothing bad is going to happen to you and your company. I have been very patient but with your poor performance; sleeping while on duty is and being very uncooperative with my request for you to do a better job is just uncalled for. I caught you sleeping while on duty several times and I feel that it is best to end the abuse and bad practices on your part. It is sad that I even gave you another chance to work at DES after the incident that took place a year ago today when two young culprits came and vandalized and burglarized 13 classrooms as well as stole so many technological equipment and teacher's personal materials while you were on duty and you didn't even detect or catch the person who did it.

Your bad work habit is just not meeting my standard and expectations. Therefore, this letter will serve as TERMINATION of work at DES.

Should you have any question regarding this letter, to please contact my office.

Respectfully,

Jonas M. Barcinas, M.A.
DES Principal

CC: COE, PSS Procurement, File