**Eagle Security Services**
PMB 93 PO Box 10003
Saipan MP 96950
(670)256-7983  (670) 285-3229

Invoice No. _____

## INVOICE

**Customer**
Name: **Dan Dan Elementary School**
Address: PO Box 501370 CK
City: Saipan  State: MP  ZIP: 96950
Phone: 670-664-5025/26  Fax: 670-664-5035
Rep: ____
FOB: ____

Date: _____
Order No.: _____

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 360 | Security Services starting<br>Break Down:<br><br>Oct. 1 - Oct. 23, 2005 = 360 Hrs @4.25 = $1530.00<br><br>Services Rendered in accordance with agreement,<br>Acknowledged and Accepted By: _____<br>**Jonas M. Barcinas**, Principal of DES | $4.25/hr | $1530.00 |

Subtotal: $ 1530.00
Shipping and Handling: 0.00
Taxes: ____  0.00

**TOTAL**  $ 1530.00

**Payment Details**
○ Cash   ○ Check   ○ Credit Card
Name _____
CC# _____
Expires _____

Office Use Only

DEFENDANT
EXHIBIT
4-1

| Date | Time In | Time Out | Time In | Time Out | Total Hrs. |
|---|---|---|---|---|---|
| 10/01/05 | 7:00pm | 7:00am | 7:00am | 7:00pm | 24 |
| 10/02/05 | 7:00pm | 7:00am | 7:00am | 7:00pm | 24 |
| 10/03/05 | 7:00pm | 7:00am | | | 12 |
| 10/04/05 | 7:00pm | 7:00am | | | 12 |
| 10/05/05 | 7:00pm | 7:00am | | | 12 |
| 10/06/05 | 7:00pm | 7:00am | | | 12 |
| 10/07/05 | 7:00pm | 7:00am | 7:00am | 7:00pm | 24 |
| 10/08/05 | 7:00pm | 7:00am | 7:00am | 7:00pm | 24 |
| 10/09/05 | 7:00pm | 7:00am | | | 12 |
| 10/10/05 | 7:00pm | 7:00am | | | 12 |
| 10/11/05 | 7:00pm | 7:00am | | | 12 |
| 10/12/05 | 7:00pm | 7:00am | | | 12 |
| 10/13/05 | 7:00pm | 7:00am | | | 12 |
| 10/14/05 | 7:00pm | 7:00am | 7:00am | 7:00pm | 24 |
| 10/15/05 | 7:00pm | 7:00am | 7:00am | 7:00pm | 24 |
| 10/16/05 | 7:00pm | 7:00am | | | 12 |
| 10/17/05 | 7:00pm | 7:00am | | | 12 |
| 10/18/05 | 7:00pm | 7:00am | | | 12 |
| 10/19/05 | 7:00pm | 7:00am | | | 12 |
| 10/20/05 | 7:00pm | 7:00am | | | 12 |
| 10/21/05 | 7:00pm | 7:00am | 7:00am | 7:00pm | 24 |
| 10/22/05 | 7:00pm | 7:00am | 7:00am | 7:00pm | 24 |
| | | | | TOTAL Hours | 360 |
| | | | | rate/per hour | $4.25 |
| | | | | TOTAL | $1,530.00 |

# Commonwealth of the Northern Mariana Islands
## Public School System
### Saipan, MP 96950

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON ALL INVOICES AND DELIVERY SLIPS

**No. 40095-000 OP**

### INSTRUCTIONS TO VENDOR

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.
2. Payment requests, prior to receipt of shipment, must include proof of shipment with invoice.
3. The CNMI Public School System will not be held responsible for any unauthorized Purchase of Item or Purchases in excess of the Dollar Amount shown on this order.
4. Open P.O. of non-expendable Personnel Property (Capital Item) is not authorized and the CNMI Public School System will not be held responsible for Payment of such Purchase.
5. Mail original Purchase Order and original Invoice to: Financial & Budget Division, CNMI Public School System, Saipan, MP, 96950.
6. All correspondence regarding this order is to be directed to: Chief, Procurement and Supply Section, CNMI Public School System, Saipan, MP 96950.

DATE: 10/17/05

VENDOR: Eagle Security Services
PMB 93 P.O. Box 10003
Saipan MP 96950

POINT :
SHIPPED VIA :
DELIVERY TIME:

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 360 | HR | Campus Security from Oct. 0 to Oct. 30, 2005 for DES. | 4.2500 | 1,530.00 |

**NOTE TO VENDOR:**
Please provide a copy of invoice showing receipt of goods/merchandise to:
PSS PROCUREMENT & SUPPLY
P.O. BOX 1370 CK
SAIPAN, MP 96950

TOTAL  1,530.00

CHARGER TO: PSSPANDS - Commonwealth of the NMI
51026.4281.560DAN
PO Box 1370
Saipan, MP 96950

VIA: Requested By : DANDAN ELEMENTARY SCHOOL

RELEASE DATE : 10/17/05

DAVID M. BORJA
CHIEF PROCUREMENT & SUPPLY

```
Action Code  . I                              Voucher/Type/Co .  90287  PV  10000
Supplier Number .           9270              Eagle Security Services
Invoice Number. : 10/1-23/05/P40095           Business Unit. .       51026
   "    Amount. .           1,530.00          Payment Terms. .
   "    Date. . . 11/08/05                    Company. . . . . 10000
G/L     Date. . . 11/08/05
```

```
Remaining Amount.                    Batch Number . .  6171343
              . . . . . . . Payment Schedule . . . . . . .
Pay     Gross          Discount          Payment Remark              Disc Due  P
Itm     Amount         Available                                       Date    S
001     1,530.00                                                     12/08/05  A
                                                                               _
                                                                               _
                                                                               _
                                                                               _

F4=Details  F9=Name Srch  F11=Addr Book  F13=J.E. Inq  F16=Ledger Inq . F24=More
```