1

**O'CONNOR BERMAN DOTTS & BANES**
2
**Second Floor, Nauru Building**
**1 Nauru Loop**
3
**Susupe, Saipan, CNMI**
**Mail: PO Box 50-1969 Saipan MP 96950**
**Phone: 234-5684**
4
**Fax: 234-5683**
**E-mail: attorneys@saipan.com**
5

**Attorneys for Plaintiff**
6
**IN THE DISTRICT COURT**
7
**FOR THE NORTHERN MARIANA ISLANDS**

8
**HOMAYAN KABIR,**                          )   Civ. No. 07-0034
                                            )
9
            **Plaintiff,**                  )
                                            )   **STIPULATION**
10
        **vs.**                             )   **TO CONTINUE HEARING**
                                            )
11
**JONAS BARCINAS, et al.,**                 )
                                            )
12
            **Defendants.**                 )
_____)
13

14

15
        Plaintiff Homayan Kabir and Defendant Jonas Barcinas hereby stipulate and agree that the

16
hearing on Defendant Barcinas' Motion to Dismiss and Motion To Substitute CNMI As Defendant,

17
currently scheduled for Thursday, April 24, 2008, at 8:30 am, be re-scheduled for Thursday, May

18
1, 2008, at 9:00 am, due to a scheduling conflict for Plaintiff's counsel.

19

20
So stipulated this 23rd day of April, 2008.

21

22
O'CONNOR BERMAN DOTTS & BANES          OFFICE OF THE ATTORNEY GENERAL
Attorneys for Plaintiff Kabir          Attorneys for Defendant Barcinas
23

24

25
by:_____/s/_____    by:_____/s/_____
        Joseph E. Horey                          David Lochabay
26

27
*3345-01-080423-STIP re hearing.wpd*

28