## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CV-07-0034								May 1, 2008
									9:15 a.m.

HOMAYAN KABIR -vs- CNMI PUBLIC SCHOOL SYSTEM, et al

PRESENT:	Hon. Alex R. Munson, Chief Judge Presiding
		Sanae Shmull, Court Reporter
		K. Lynn Lemieux, Courtroom Deputy
		Joseph Horey, Attorney for Plaintiff
		David Lochabay, Attorney for Defendant Jonas Barcinas
		Karen Klaver, Attorney for Defendant Public School System

PROCEEDINGS:	MOTION TO DISMISS

Plaintiff was represented in court by Attorney Joseph Horey. Attorney David Lochabay was present on behalf of Defendant Jonas Barcinas. Attorney Karen Klaver was present on behalf of the CNMI Public School System.

Court advised parties on a tentative ruling to GRANT the motion as to the first cause of action and to DENY the motion as to the fourth cause of action.

Court adopted the tentative ruling and stated that a written order would be forthcoming.

								Adjourned 9:25 a.m.


								/s/ K. Lynn Lemieux, Courtroom Deputy