```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    MAY - 8 2008

                                                 For The Northern Mariana Islands
                                                 By_____
                                                         (Deputy Clerk)
```

1  David Lochabay
   Asst. Attorney General
2  OFFICE OF THE ATTORNEY GENERAL
   2nd Fl., Juan A. Sablan Admin. Bldg.
3  Capital Hill
   Caller Box 10007 CHRB
4  Saipan MP, 96950
   Tel: 664-2341
5  Fax: 664-2349
   E-mail: lochabay@gmail.com
6  Attorneys for Jonas Barcinas

7              IN THE UNITED STATES DISTRICT COURT
                            FOR THE
8                  NORTHERN MARIANA ISLANDS

9  HOMAYAN KABIR,                  )  No. CV 07 0034
                                   )
10        Plaintiff,               )
                                   )
11  v.                             )  REPRESENTATION STATEMENT
                                   )
12  CNMI PUBLIC SCHOOL SYSTEM, and )
    JONAS BARCINAS                 )
13                                 )
        Defendants.                )
14  _____)

15       Appellant files this Representation Statement pursuant to FRAP 12(b) and Circuit

16  Rule 3-2(b).

17       **PARTIES TO THE ACTION:**

18       1.    **Homayan Kabir**

19             Plaintiff - Appellee

20             Represented by:

21                  Joseph E. Horey
                    O'Connor Berman Dotts & Banes
22                  P. O. Box 501969
                    Saipan, MP 96950
23                  Tel: (670) 234-5684
                    Fax: (670) 234-5683
24                  E-mail: attorneys@saipan.com

25       2.    **CNMI PUBLIC SCHOOL SYSTEM**

26             Defendant (not a party to this appeal)

27             Represented by:

28                  Ms. Karen Klaver

PSS Legal Counsel
CNMI Public School System
State Board of Education
P. O. Box 501370
Saipan, MP 96950
Tel: (670) 237-3046
Fax: (670) 664-3713
E-mail: klaverk@pss.cnmi.mp

3. **JONAS BARCINAS**

Defendant - Appellant

Represented by:

David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
Caller Box 10007 CHRB
Saipan, MP 96950
Telephone: (670) 664-2341 (Main Office)
           (670) 664-2331 (Desk)
Facsimile: (670) 664-2349
E-mail: lochabay@gmail.com

Respectfully submitted,

David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
Caller Box 10007 CHRB
Saipan, MP 96950
Telephone: (670) 664-2341 (Main Office)
           (670) 664-2331 (Desk)
Facsimile: (670) 664-2349
E-mail: lochabay@gmail.com

Attorneys for Defendant-Appellant
Jonas Barcinas