IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **HOMAYAN KABIR,** | ) | APPEAL CASE NO. 08-16152 |
| | ) | D.C. Civil No. 07-0034 - ARM |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| v. | ) | Thursday, May 1, 2008 |
| | ) | |
| CNMI PUBLIC SCHOOL SYSTEM | ) | **REPORTER'S TRANSCRIPT OF** |
| and JONAS BARCINAS, | ) | **MOTION TO DISMISS** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

FILED
Clerk
District Court

MAY 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:   Joseph E. Horey, Esq.
                 O'Connor Berman Dotts & Banes
                 P.O. Box 501969
                 Saipan, MP 96950
                 Telephone: (670) 234-5684
                 Facsimile: (670) 234-5683
                 Email: attorneys@saipan.com

For Defendant:   David Lochabay
(JONAS BARCINAS) Assistant Attorney General
                 CNMI Office of Attorney General
                 2nd Floor, Juan A. Sablan Admin. Bldg.
                 Capital Hill, Caller Box 10007 CHRB
                 Saipan, MP 96950
                 Telephone: (670) 664-2341
                 Facsimile: (670) 664-2349
                 Email: lochabay@gmal.com

and