**O'CONNOR BERMAN DOTTS & BANES**
**Second Floor, Nauru Building**
**1 Nauru Loop**
**Susupe, Saipan, CNMI**
**Mail: PO Box 50-1969 Saipan MP 96950**
**Phone: 234-5684**
**Fax: 234-5683**
**E-mail: attorneys@saipan.com**

**Attorneys for Plaintiff**

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **HOMAYAN KABIR,** | ) | Civ. No. 07-0034 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **NOTICE RE TRANSCRIPT** |
| | ) | |
| **JONAS BARCINAS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Ninth Circuit Rule 10-3.1(b) and the Ninth Circuit's Time Schedule Order of May 12, 2008, Plaintiff / Appellee hereby gives notice that he does not deem any portion of the transcript to be necessary to the appeal.

Dated: May 28, 2008.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By_____/s/_____
                 Joseph E. Horey

*3345-01-080526-notice re transcripts.wpd*